USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-19-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL D. WILSON,

                Plaintiff,

-against-

JOSEPH JEAN-CHARLES,

                Defendant.

1:17-CV-03759 (ALC) (KHP)

ORDER ADOPTING
REPORT & RECOMMENDATION

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff filed this negligence action in the Supreme Court of the State of New York, Bronx County, on April 16, 2017. ECF No. 1. Defendant filed a verified answer to Plaintiff's complaint on May 10, 2017 and removed the action to this Court on May 18, 2017. *Id.* On August 7, 2017, this matter was referred to United States Magistrate Judge Katherine H. Parker for pretrial supervision. ECF No. 9. On April 13, 2018, Judge Parker issued a Report and Recommendation ("R&R") recommending that Plaintiff's complaint be dismissed for failure to prosecute. ECF No. 52.

Because no timely objection was made, the Court "need only satisfy itself that there is no clear error on the face of the record" to adopt the R&R. *Figueroa v. Riverbay Corp.*, No. 06-cv-5364 (PAC) (KNF), 2006 WL 3804581, at *1 (S.D.N.Y. Dec. 22, 2006) (quoting *Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003)). The Court finds no clear error in the record and adopts the reasoned conclusions in Judge Parker's R&R in their entirety.

COPIES MAILED

1

For the reasons stated, the Court dismisses the action without prejudice. The Clerk of Court is respectfully requested to close this case.

**SO ORDERED.**

Dated: May 16, 2018
      New York, New York

_____
ANDREW L. CARTER, JR.
**United States District Judge**